# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO GASTELUM,<br><br>    Plaintiff,<br><br>    v.<br><br>COTTON ON USA, INC.,<br><br>    Defendant. | Case No. 1:22-cv-01194-JLT-SAB<br><br>ORDER VACATING SCHEDULING CONFERENCE<br><br>(ECF Nos. 3, 8) |

A scheduling conference is currently set in this matter for January 31, 2023. (ECF No. 3.)  On January 24, 2023, the parties filed a joint scheduling report.  (ECF No. 8.)  The Court finds it appropriate to vacate the scheduling conference, and will not require the parties to appear.

Accordingly, IT IS HEREBY ORDERED that the scheduling conference currently set for January 31, 2023, is VACATED, and the parties shall not be required to appear on such date.

IT IS SO ORDERED.

Dated:   **January 26, 2023**

UNITED STATES MAGISTRATE JUDGE

1