FERNANDO GASTELUM, *Pro Se*
209 W. 9th Street
Casa Grande, Arizona 85122
Telephone (520) 560-0927
Email: fernandog8899@gmail.com

Plaintiff *In Pro Per*

THE KARLIN LAW FIRM LLP
L. Scott Karlin (SBN 90605)
Email: lsk@karlinlaw.com
Michael J. Karlin (SBN 272442)
Email: mike@karlinlaw.com
Rex T. Reeves (SBN 136842)
Email: rex@karlinlaw.com
13522 Newport Avenue, Suite 201
Tustin, California 92780
Telephone: (714) 731-3283
Facsimile: (714) 731-5741

Attorneys for Defendant
Cotton On USA Inc.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FERNANDO GASTELUM,<br><br>Plaintiff,<br><br>vs.<br><br>COTTON ON USA, INC.<br><br>Defendant. | Case No.: 1:22-cv-01194-SAB<br><br>**JOINT NOTICE OF SETTLEMENT OF ENTIRE ACTION**<br><br>Trial date: March 4, 2025<br><br>. |

**NOTICE IS HERBY GIVEN,** pursuant to Local Rule 160(a), by Plaintiff Fernando Gastelum and Defendant Cotton On USA Inc. (sued in this action as "Cotton On USA, Inc."), the parties to this action, that the above-captioned action has been settled in its entirety. The parties anticipate that a Stipulation of Dismissal with Prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) will be filed in this action within 60 days, and accordingly jointly request (i) that the date the Court orders pursuant to Local Rule 160(b) upon which the document(s) disposing of this action must be filed be 60 days from the date of this Notice, and (ii) that all currently set pre-trial, trial, and other dates in this action be vacated.

DATED: 2/5/2025

**FERNANDO GASTELUM**

By: *__/s/ Fernando Gastelum*
Fernando Gastelum, In Pro Per
Plaintiff

DATED: 2/5/2025

**THE KARLIN LAW FIRM LLP**

By: *___/s/ Rex T. Reeves*
Rex T. Reeves, Esq.
Attorneys for Defendant
Cotton On USA Inc. (sued herein as
"Cotton On USA, Inc.")

**ATTESTATION**

I, Rex T. Reeves, attest that all signatories listed above concur in this document's content and have authorized its filing.

*/s/ Rex T. Reeves*
Rex T. Reeves
Attorneys for Defendant
Cotton On USA Inc. (sued herein as
"Cotton On USA, Inc.")