1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO GASTELUM, | Case No. 1:22-cv-01194-SAB |
| Plaintiff, | ORDER VACATING PENDING DATES AND REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS |
| v. | |
| COTTON ON USA, INC., | (ECF No. 31) |
| Defendant. | **APRIL 7, 2025 DEADLINE** |

On February 5, 2025, the parties filed a notice of settlement, informing the Court that this matter has been resolved and that dispositional documents will be filed no later than April 7, 2025. (ECF No. 31.)

Accordingly, pursuant to the stipulation, it is HEREBY ORDERED that:

1.      All pending matters and dates in this action are VACATED;

2.      The January 13, 2025 order to show cause is DISCHARGED;

3.      Defendant's motion for request of judicial notice and incorporation (ECF No. 27) is terminated as MOOT; and

/ / /
/ / /
/ / /
/ / /

1      4.     The parties shall file dispositional documents **no later than April 7, 2025**.

2

3   IT IS SO ORDERED.

4   Dated:   **February 6, 2025**

5                                              STANLEY A. BOONE
                                               United States Magistrate Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28